# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 10-204** |
| **GERARD DUGUE** | **SECTION "N" (1)** |

## ORDER AND REASONS

Presently before the Court is the Government's "Motion to Proceed with Scheduled Trial Date" (Rec. Doc. 908)(Sealed). With this motion, the Government argues that trial should commence, as scheduled, on Tuesday, May 29, 2012, notwithstanding Defendant's Notice of Appeal filed relative to the Court's April 26, 2012 Order and Reasons. *See* Rec. Docs. 860 and 895 (Sealed). On the showing made, **IT IS ORDERED** that the Government's motion is **DENIED**. Although the Court found Defendant's motion to dismiss indictment on double jeopardy grounds (Rec. Doc. 766) to be without merit, the Court does not find the motion to have been frivolous or dilatory. Rather, it presented a colorable double jeopardy claim. *See United States v. Dunbar*, 611 F.2d 985, 987 (5th Cir. 1980); *United States v. Kalish*, 690 F.2d 1144, 1154-55 (5th Cir. 1982). Accordingly, given the pending appeal of the Court's denial of the motion, the Court cancels the May 29, 2012 trial date, as well as the conferences scheduled to be held on Thursday, May 17 and 24, 2012.

The Court hopes that a final resolution of this matter can be achieved as promptly as

possible. Thus, **IT IS FURTHERED ORDERED** that, within seven (7) days from entry of this Order and Reasons, Defendant is to request that the Fifth Circuit consider his appeal of this Court's April 26, 2012 double jeopardy ruling on an expedited basis.

Considering that Defendant has been directed to seek expedited consideration of his appeal, **IT IS FINALLY ORDERED** that trial shall commence, unless otherwise ordered, on Monday, August 6, 2012, at 8:30 a.m, with a final pre-trial conference to be held, by telephone, on Thursday, July 26, 2012 at 10:00 a.m., and a status conference to be held, in chambers, on Thursday, August 2, 2012, at 11:00 a.m.

New Orleans, Louisiana, this 15th day of May 2012.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE