UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-204 |
| GERARD DUGUE | SECTION "N" (1) |

**ORDER AND REASONS**

Presently before the Court is Defendant Dugue's "First Supplemental and Amending Motion to Dismiss Counts 26-27" (Rec. Doc. 851). In this motion, Mr. Dugue contends that the September 2009 interview between Mr. Dugue and the Government clearly was a perjury trap and constituted a form of entrapment by the Government such that Counts 26 and 27 of the indictment should be dismissed.

The Court has twice previously rejected this argument. *See* Rec. Docs. 166 and 331. With the instant motion, the Court now reaches the same conclusion a third time. On the showing made, the Court does not agree that the prominent role in the interview apparently taken by the lead prosecutor warrants a different result. Accordingly, **IT IS ORDERED** that Defendant Dugue's "First Supplemental and Amending Motion to Dismiss Counts 26-27" is **DENIED**.

New Orleans, Louisiana, this 1st day of June 2012.

**KURT D. ENGELHARDT**
**United States District Judge**